NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUN 27 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAYMOND E. PEYTON, Plaintiff - Appellant, v. KATHLEEN ALLISON; ROB BONTA; PETER ALDANA; BRIAN CATES; RIVERSIDE COUNTY SUPERIOR COURT, Defendants - Appellees. | No. 24-2102 D.C. No. 1:23-cv-00760-JLT MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
Jennifer L. Thurston, District Judge, Presiding

Submitted June 18, 2025**

Before:    CANBY, S.R. THOMAS, and SUNG, Circuit Judges.

Chapter 7 debtor Raymond E. Peyton, who is incarcerated in California,

appeals pro se from the district court's judgment affirming the bankruptcy court's

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

order dismissing Peyton's adversary proceeding for lack of subject matter jurisdiction. We have jurisdiction under 28 U.S.C. § 158(d). We review de novo the bankruptcy court's conclusions of law and for clear error its findings of fact. *Decker v. Tramiel* (*In re JTS Corp.*), 617 F.3d 1102, 1109 (9th Cir. 2010). We affirm.

The bankruptcy court properly dismissed Petyon's adversary proceeding for lack of subject matter jurisdiction because the bankruptcy court's jurisdiction is confined to cases under the Bankruptcy Code and proceedings "arising under [the Bankruptcy Code] or arising in or related to" the bankruptcy case. *See* 28 U.S.C. § 157(a)(1); *Gruntz v. County of Los Angeles* (*In re Gruntz*), 202 F.3d 1074, 1084, 1086 (9th Cir. 2000) (en banc) (explaining that "federal bankruptcy courts should not invalidate the results of state criminal proceedings" and the "federal remedy for state court convictions obtained in violation of Constitution or statute" is "a writ of habeas corpus" (citations omitted)).

All pending requests are denied.

**AFFIRMED.**